IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CORTEZ DEVONTE JONES, # 274811, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 17-0254-WS-MU |
| TARA WILLIAMS, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 30th day of November, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE